IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SERGIO MATA AGUILAR,

    Petitioner,

v.                                                      No. 12-cv-1253 WJ/SMV

RAY TERRY,

    Respondent.

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

THIS MATTER is before the Court on Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2], filed on December 3, 2012. The Court, being fully advised in the premises, finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2] is **GRANTED**. Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

                                                                                     **STEPHAN M. VIDMAR**
                                                                                     **United States Magistrate Judge**