**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**SERGIO MATA AGUILAR,**

    Petitioner,

v.                                          No. 12-cv-1253 WJ/SMV

**RAY TERRY,**

    Respondent.

## ORDER TO ANSWER

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to forward copies of this Order to Respondent Ray Terry, Warden, at Otero County Processing Center, 26 McGregor Range Rd., Chaparral, NM 88081, and to the United States Attorney for the District of New Mexico, with copies of the application for writ of habeas corpus and supporting papers and exhibits, if any;

**IT IS FURTHER ORDERED** that Respondent shall answer Petitioner's petition for writ of habeas corpus within twenty-three days of entry of this order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**