IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SERGIO MATA AGUILAR,**

    Petitioner,

v.                                               No. 12-cv-1253 WJ/SMV

**RAY TERRY,**

    Respondent.

### ORDER GRANTING EXTENSION OF TIME TO ANSWER

THIS MATER is before the Court on the United States'[1] Motion for Extension of Time in Which to File an Answer [Doc. 7], filed on December 21, 2012. The government requests an extension of four weeks, until January 25, 2013, to answer the Petition because it is awaiting certain information from Immigration and Customs Enforcement that could moot the Petition. This is Respondent's first request for an extension of time. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion for Extension of Time in Which to File an Answer [Doc. 7] is **GRANTED**, and Respondent shall file his Answer no later than **January 25, 2013**.

    **IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**

---

[1] It appears that the United States Attorney is representing Respondent Terry. Notice of Entry of Appearance [Doc. 6].